NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL SWEET, DOC #H43694,                )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D18-4557
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____   )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald D. Jacobson, Judge.

Samuel Sweet, pro se.


PER CURIAM.


            Affirmed.


SLEET, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.